## ENTITY INFORMATION

### ENTITY INFORMATION

Entity Name:

MRS BPO, LLC

Entity Number:

6962409-0161

Domicile Name:

N/A

Entity Type:

Foreign Limited Liability Company

Jurisdiction:

NJ

**Entity Subtype:**

Foreign Limited Liability Company

**Formation Date:**

03/28/2008

Profession:

N/A

Formation Effective Date:

03/28/2008

Entity Status:

Active

Renew By Date:

03/31/2026

Entity Status Details:

Current

**Last Renewed Date:**

02/06/2025

**Status Updated On:**

02/06/2025

## REGISTERED AGENT INFORMATION

**Name:**

COGENCY GLOBAL INC.

**Registered Agent Type:**

Entity

**Entity Number:**

0   (/BusinessSearch/BusinessInformation?businessId=0&Source=fromFormation)

**Status:**

Active

**Street Address:**

2005 **EAST** 2700 **SOUTH** STE **200, Salt** Lake City, **UT, 84109, USA**

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | JEFFREY FREEDMAN | 1930 OLNEY AVENUE, CHERRY HILL, NJ, 08003, USA | 09/13/2024 |
| Manager | SAUL FREEDMAN | 1930 OLNEY AVENUE, CHERRY HILL, NJ, 08003, USA | 09/19/2024 |

Page 1 of 1, records 1 to 2 of 2

## ADDRESS INFORMATION

Physical Address:

1930 OLNEY AVE, CHERRY HILL, NJ, 08003, USA

Updated Date:

9/13/2024 8:42:59 PM

Mailing Address:

Updated Date:

Filing History     Name History     Mergers/Conversions     Associated DBAs

Return to Search     Return to Results